

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DANIEL PASSESER
*Assistant Corporation Counsel*
Phone: (212) 356-2322
Fax: (212) 788-9776
Email: dpassese@law.nyc.gov

October 15, 2014

BY ECF
Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Elvin Carbonell, et al. v. City of New York, et al.,
                14 Civ. 1548 (SAS)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York Correction Officer Thom, and Assistant Deputy Warden Cameron in the above-referenced matter. Defendants write to inform the Court that the Use of Force investigation into the November 10, 2013 incident is now closed, and the stay of the action as to those defendants may be lifted. (Docket No. 19) No charges were substantiated against any of the defendants by the Department of Correction. The undersigned has yet to arrange representation with those defendants, and respectfully requests three weeks, until November 5, 2014, in order to do so and to file an answer on their behalf.

                                          Respectfully submitted,

                                          /s/

                                          Daniel Passeser
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

cc:    VIA ECF
        Adrian A. Ellis, Esq.
        *Attorney for Plaintiff*