

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL PASSESER**
*Assistant Corporation Counsel*
Phone: (212) 356-2322
Fax: (212) 788-9776
Email: dpassese@law.nyc.gov

February 27, 2015

BY ECF
Honorable Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Elvin Carbonell, et al. v. City of New York, et al.,
             14 Civ. 1548 (SAS)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing City Defendants in the above-referenced matter. Defendants write on behalf of the parties pursuant to the Court's February 19, 2015 Order to advise the Court regarding the status of settlement discussions. The parties are pleased to advise the Court that the matter has settled. The stipulation and order of dismissal will be forwarded to the Court after it is executed by the parties.

        Thank you for your time and consideration of this matter.

        Respectfully submitted,

        /s/

        Daniel Passeser
        Assistant Corporation Counsel
        Special Federal Litigation Division

cc:    VIA ECF
       Adrian A. Ellis, Esq.
       *Attorney for Plaintiffs*